**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**IN RE: REEVA DINING CLUB, INC.**     **CASE NO: 3:24-bk-10386**
    **DEBTOR IN POSSESSION**             **CHAPTER 11, Subchapter V**

**NOTICE OF OPPORTUNITY TO OBJECT**
**TO MOTION FOR AUTHORIZATION OF USE OF PREPETITION BANK ACCOUNTS**

TO:  DEBTOR, CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN, that:

1.  The Debtor has filed a Motion for Authorization of Use of Prepetition Bank Accounts pursuant to Chapter 11 Subchapter V of the United State Bankruptcy Code, a copy of which is attached. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

2.  Objections must be in writing and shall be filed with the Bankruptcy Court within 21 days of this Application being filed.  Parties represented by an attorney shall file their objections electronically.  Pro se parties shall file any objections at the following address:

Clerk, United States Bankruptcy Court, 300 W.2nd Street, Little Rock, AR  72201

If you mail your objection to the court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to:

Beverly I. Brister, Chapter 11 Subchapter V Trustee, 212 W. Sevier, Benton, AR 72015
Marc Honey, Attorney for Debtor, P.O. Box 1254, Hot Springs, AR 71902
Patricia Stanley, Assistant U.S. Trustee, 200 W. Capitol, Suite 1200, Little Rock, AR 72201

3.  **If no objections are filed, the Court may elect to approve the Motion for Authorization of Use of Prepetition Bank Accounts as proposed without a hearing.**

DATED this 16th day of February, 2024.

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| **IN RE: REEVA DINING CLUB, INC.** | **CASE NO: 3:24-bk-10386** |
| **DEBTOR IN POSSESSION** | **CHAPTER 11, Subchapter V** |

## MOTION FOR AUTHORIZATION OF USE OF PREPETITION BANK ACCOUNTS

For its Motion for Authorization of Use of Prepetition Bank Accounts pursuant to 11 U.S.C. §105(a) and 363(c)(1), Reeva Dining Club, Inc., ("Debtor"), states:

1. This Chapter 11 case was filed on February 9, 2024.

2. The United States Trustee for Region 13 (the "U.S. Trustee"), who administers bankruptcy cases filed in the Eastern District of Arkansas, has issued certain Chapter 11 guidelines pursuant to 28 U.S.C. § 586. These guidelines include the requirement that Chapter 11 debtors close all existing bank accounts upon filing of the petition and open new "debtor in possession" accounts in certain financial institutions designated as authorized depositories by the U.S. Trustee.

3. Debtor has contacted all local depositories on the approved list provided by the U.S. Trustee's office, and none of these depositories provide debtor in possession accounts at this time. A 1.5 hour drive would be required to utilize the nearest approved financial institution, which would be an undue hardship on the debtor.

4. Debtor has a substantial amount of cash income and already has a depository institution that it utilizes. Allowing the debtor to maintain usage of its existing accounts will assist the debtor in accomplishing a smooth transition to operation in this case. Consequently, Debtor requests authorization to continue utilizing its existing prepetition accounts throughout this Chapter 11, Subchapter V case.

5. Debtor will not allow the balance of its accounts to exceed the FDIC insurance limits of $250,000.00 per account.

6. Additionally, Debtor seeks a waiver of any stay of the effectiveness of the order approving this Motion. Pursuant to Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, "[a]n order authorizing the use, sale, or lease of property other than cash collateral is stayed until the expiration of 14 days after the entry of the order, unless the court orders otherwise." As set forth above, maintenance of the debtor's prepetition accounts is essential to prevent potentially irreparable damage to the debtor's operations, value and ability to implement its Chapter 11, Subchapter V strategy. Accordingly, the debtor submits that ample cause exists to justify a wavier of the 14-day stay imposed by Rule 6004(h), to the extent that it applies.

WHEREFORE, Debtor prays for entry of an order allowing the debtor to continue using its prepetition bank accounts and granting such other relief as may be appropriate.

Respectfully submitted,

HONEY LAW FIRM, P.A.
P.O. Box 1254
Hot Springs, AR 71902
(501) 321-1007 Phone
(877) 697-1777 Fax

February 16, 2024  */s/ Marc Honey*
Marc Honey (86091)

## CERTIFICATE OF SERVICE

I, Marc Hoey, attorney for debtor, do hereby certify that a copy of the forgoing Motion for Authorization of Use of Prepetition Bank Accounts has been electronically via CM/ECF upon the U.S. Trustee's Office, Beverly Brister, Subchapter V Trustee, and all creditors on the attached creditor matrix by electronic notice or U.S. mail, postage prepaid, on this 19th day of February, 2024.

*/s/Marc Honey*
Marc Honey (86091)

AR Department of
Finance and Administration
Legal Revenue Counsel, Rm 2380
PO Box 1272
Little Rock, AR 72203

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Amur Equipment Finance
304 W 3rd St.
Grand Island, NE 68801

ARF Financial, LLC
433 N Camden Drive, Ste 810
Beverly Hills, CA 90210

G & P Development
4257 Annadale Circle
Jonesboro, AR 72404

OTRIV, LLC
6844 Bardstown Road #686
Louisville, KY 40291

Pawnee Leasing Corporation
700 Centre Ave
Fort Collins, CO 80526

Small Business Admin.
2120 Riverfront Dr. Ste 100
Little Rock, AR 72202-1747

Sysco Arkansas
5700 W. 65th St
Little Rock, AR 72209-2202

5800 Frozen Road
Little Rock, AR 72209


Audrianna Grisham, PA
PO Box 13980
Maumelle, AR 72113

Brian M. Born
Commerce Building, Suite 1050
950 Pacific Ave.
Tacoma, WA 98402


Chris Gardner
P.O. Box 17037
Jonesboro, AR 72403


Drew M. Milner
P.O. Box 17037
2915 Browns Lane
Jonesboro, AR 72403


Nicholas F. Miller
1700 Farnam Street, Suite 1500
Omaha, NE 68102