**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE:  REEVA DINING CLUB, INC. | CASE NO: 3:24-bk-10386 |
| DEBTOR | Chapter 11, Subchapter V |

**NOTICE OF OPPORTUNITY TO OBJECT**
**TO APPLICATION TO EMPLOY ATTORNEY**

TO: DEBTOR, CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN, that:

1. The Debtor has filed an Application to Employ Attorney pursuant to Chapter 11 Subchapter V of the United State Bankruptcy Code, a copy of which is attached. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

2. Objections must be in writing and shall be filed with the Bankruptcy Court within 21 days of this Application being filed. Parties represented by an attorney shall file their objections electronically. Pro se parties shall file any objections at the following address:

*(Fort Smith, Fayetteville, Hot Springs and Harrison divisions):* Clerk, United States Bankruptcy Court, 35 E. Mountain Street, Fayetteville, AR 72701

*(All other divisions):* Clerk, United States Bankruptcy Court, 300 W.2nd Street, Little Rock, AR 72201

If you mail your objection to the court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to:

Beverly I. Brister, Chapter 11 Subchapter V Trustee, 212 W. Sevier, Benton, AR 72015
Marc Honey, Attorney for Debtor, P.O. Box 1254, Hot Springs, AR 71902
Patricia Stanley, Assistant U.S. Trustee, 200 W. Capitol, Suite 1200, Little Rock, AR 72201

3. If no objections are filed, the Court may elect to approve the Application to Employ as proposed without a hearing.

DATED this 16th day of February, 2024.

*/s/Marc Honey*
Attorney for the Debtor
Honey Law Firm, P.A.
PO Box 1254
Hot Springs, AR 71902

## CERTIFICATE OF SERVICE

On this 16th day of February 2024, a copy of the foregoing pleading and this NOTICE OF OPPORTUNITY TO OBJECT TO APPLICATION TO EMPLOY ATTORNEY was mailed by U.S. Mail with sufficient postage or by ECF thereon to all entities listed on the attached matrix.

*/s/Marc Honey*
Marc Honey
*Attorney for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | |
|---|---|
| IN RE: REEVA DINING CLUB, INC.<br>DEBTOR | CASE NO: 3:24-bk-10386<br>Chapter 11, Subchapter V |

## APPLICATION TO EMPLOY ATTORNEY

Comes now, Reeva Dining Club, Inc., and for its Application to Employ Attorney pursuant to 11 U.S.C. §327 and Rule 2014 of the Rules of Bankruptcy Procedure, Reeva Dining Club, Inc., ("Applicant"), states:

1. That this Chapter 11 Subchapter V proceeding was filed on February 9, 2024.

2. Applicant requires the services of Honey Law Firm, P.A. and its attorneys, Marc Honey, Jennifer Wyse, and Alexandra Honey in the present case for the following purposes:

    (a) To advise and consult with Applicant concerning questions arising in the conduct of the administration of the estate and concerning Applicants rights and remedies with regard to the estate's assets and claims of secured, priority and unsecured creditors and other parties in interest.

    (b) To appear for; prosecute, defend, and represent Applicant interest in adversary proceedings and/or contested matters arising in or related to this case.

    (c) To investigate and prosecute preference and other actions arising under the debtor's avoiding powers.

    (d) To assist in the preparation of such pleadings, motions, notices and orders as are required for the orderly administration of this estate and to consult with and advise

        Applicant in connection with the operation of or termination of the operation of the business of debtor.

    (e) To assist in the preparation of a Plan of Reorganization and to present said Plan of Reorganization to this Court for approval and confirmation.

    (f) To undertake all other necessary and appropriate legal representation of Applicant in this proceeding.

3. For the foregoing and for all other necessary and proper purposes, Applicant desires to retain the Honey Law Firm, P.A., and its attorneys, Marc Honey, Jennifer Wyse and Alexandra Honey. Applicant is informed and believes that said firm, and said attorneys, are well qualified to render the foregoing services.

4. Applicant believes that said law firm and its members and associates do not hold or represent any interest adverse to that of the Applicant or the debtor's estate and that said law firm is a disinterested person within the meaning of 11 U.S.C. §101(14). Attached hereto and incorporated by reference is the Declaration of Proposed Attorney executed by the members of Honey Law Firm, P.A., Marc Honey, Jennifer Wyse and Alexandra Honey in support hereof.

5. Applicant is informed that the normal hourly billing rates of Honey Law Firm, P.A., and its attorneys, Marc Honey, Jennifer Wyse and Alexandra Honey at the time of this application are $350.00, $225.00 and $175.00 per hour, respectively. Paralegal time is billed at the rate of $125.00 per hour. It is contemplated that said attorneys will seek compensation based on their normal and usual hourly billing rates. It is further contemplated that said attorneys will seek interim compensation during this case as permitted by 11 U.S.C. §331.

6. Chintan Patel is the president of the debtor corporation. Prior to filing this case, Shashikant Patel, the father of Chintan Patel, paid, on behalf of the Applicant, the sum of $22,000.00. The total payment was made on February 1, 2024. The amount of $1,738.00 was paid for the filing fee for this case. The remaining balance of $20,262.00 will be held in counsel's IOLTA account as a retainer which will be billed against for post-petition services as approved by the Court.

7. No compensation will be paid by the debtor or estate except upon application noticed and approved by the Court.

WHEREFORE, Applicant prays that it be authorized to employ Honey Law Firm, P.A., and its attorneys, Marc Honey, Jennifer Wyse and Alexandra Honey, as its attorneys to render services in the areas described above with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow after notice to creditors and opportunity to object.


Date: February 16, 2024                    */s/Marc Honey*____
                                           Marc Honey (86091)
                                           Honey Law Firm, P.A.

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| IN RE:  REEVA DINING CLUB, INC. | CASE NO: 3:24-bk-10386 |
| DEBTOR | Chapter 11, Subchapter V |

### DECLARATION OF PROPOSED ATTORNEY

**STATE OF ARKANSAS** )
)
**COUNTY OF GARLAND** )

Before me, the undersigned Notary Public, personally appeared Jennifer Wyse, who being first sworn deposes and states:

1) I am Jennifer Wyse, an attorney licensed to practice in the State of Arkansas and admitted to practice before this Court.

2) I am a member of the Honey Law Firm, P.A. with offices located in Hot Springs, Arkansas.

3) To the best of my knowledge, I have no connection with or represent any interest adverse to the debtor or its estate.

4) Based on the forgoing, I believe I am a "disinterested person" within the meaning of §101(14) and §327 of the Bankruptcy Code.

   _/s/ Jennifer Wyse_____
   Jennifer Wyse, Bar 2015092
   Honey Law Firm, P.A.
   PO Box 1254
   Hot Springs, AR 71902
   (501) 321-1007   Telephone
   (877) 697-1777 Facsimile

   Date: February 16, 2024

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE: REEVA DINING CLUB, INC.  CASE NO: 3:24-bk-10386
DEBTOR  Chapter 11, Subchapter V

**DECLARATION OF PROPOSED ATTORNEY**

**STATE OF ARKANSAS** )
)
**COUNTY OF GARLAND** )

Before me, the undersigned Notary Public, personally appeared Marc Honey, who being first sworn deposes and states:

1) I am Marc Honey, an attorney licensed to practice in the State of Arkansas and admitted to practice before this Court.

2) I am a member of the Honey Law Firm, P.A. with offices located in Hot Springs, Arkansas.

3) To the best of my knowledge, I have no connection with or represent any interest adverse to the debtor or its estate.

4) Based on the forgoing, I believe I am a "disinterested person" within the meaning of §101(14) and §327 of the Bankruptcy Code.

___/s/ Marc Honey_____
Marc Honey, Bar #86091
Honey Law Firm, P.A.
PO Box 1254
Hot Springs, AR 71902
(501) 321-1007   Telephone
(877) 697-1777 Facsimile

Date: February 16, 2024

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE: **REEVA DINING CLUB, INC.**  **CASE NO: 3:24-bk-10386**
 **DEBTOR**  **Chapter 11, Subchapter V**

**DECLARATION OF PROPOSED ATTORNEY**

**STATE OF ARKANSAS** )
 )
**COUNTY OF GARLAND** )

Before me, the undersigned Notary Public, personally appeared Alexandra Honey, who being first sworn deposes and states:

1) I am Alexandra Honey, an attorney licensed to practice in the State of Arkansas and admitted to practice before this Court.

2) I am a member of the Honey Law Firm, P.A. with offices located in Hot Springs, Arkansas.

3) To the best of my knowledge, I have no connection with or represent any interest adverse to the debtor or its estate.

4) Based on the forgoing, I believe I am a "disinterested person" within the meaning of §101(14) and §327 of the Bankruptcy Code.

　　　　　　　　　　　　　　　　　　　　　　　　*___/s/ Alexandra Honey___*
　　　　　　　　　　　　　　　　　　　　　　　　Alexandra Honey, Bar 2020048
　　　　　　　　　　　　　　　　　　　　　　　　Honey Law Firm, P.A.
　　　　　　　　　　　　　　　　　　　　　　　　PO Box 1254
　　　　　　　　　　　　　　　　　　　　　　　　Hot Springs, AR 71902
　　　　　　　　　　　　　　　　　　　　　　　　(501) 321-1007   Telephone
　　　　　　　　　　　　　　　　　　　　　　　　(877) 697-1777 Facsimile

　　　　　　　　　　　　　　　　　　　　　　　　Date: February 16, 2024

AR Department of
Finance and Administration
Legal Revenue Counsel, Rm 2380
PO Box 1272
Little Rock, AR 72203


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Amur Equipment Finance
304 W 3rd St.
Grand Island, NE 68801


ARF Financial, LLC
433 N Camden Drive, Ste 810
Beverly Hills, CA 90210


G & P Development
4257 Annadale Circle
Jonesboro, AR 72404


OTRIV, LLC
6844 Bardstown Road #686
Louisville, KY 40291


Pawnee Leasing Corporation
700 Centre Ave
Fort Collins, CO 80526


Small Business Admin.
2120 Riverfront Dr. Ste 100
Little Rock, AR 72202-1747


Sysco Arkansas
5700 W. 65th St
Little Rock, AR 72209-2202


5800 Frozen Road
Little Rock, AR 72209


Audrianna Grisham, PA
PO Box 13980
Maumelle, AR 72113

Brian M. Born  
Commerce Building, Suite 1050  
950 Pacific Ave.  
Tacoma, WA 98402

Chris Gardner  
P.O. Box 17037  
Jonesboro, AR 72403

Drew M. Milner  
P.O. Box 17037  
2915 Browns Lane  
Jonesboro, AR 72403

Nicholas F. Miller  
1700 Farnam Street, Suite 1500  
Omaha, NE 68102