Fill in this information to identify the case:

Debtor Name **REEVA DINING CLUB INC**

United States Bankruptcy Court for the: Eastern and Western District of Arkansas

Case number: **24-10386**

☑ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11         12/17

Month: **AUGUST**   Date report filed: **10/22/2024**
MM / DD / YYYY

Line of business: **RESTAURANT**   NAISC code: **722511**

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: **CHINTAN PATEL**

Original signature of responsible party: /s/ CHINTAN PATEL

Printed name of responsible party: **CHINTAN PATEL**

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  REEVA DINING CLUB INC                Case number 24-10386

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $ 23530.07

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 79,856.84

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 94177.92

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.   + $ -14321.08

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.
    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ 9,208.99

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0
    (Exhibit E)

Debtor Name REEVA DINING CLUB INC          Case number 24-10386

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                            $ _____ 0

    (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?                        _____ 27
27. What is the number of employees as of the date of this monthly report?           _____ 27

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ _____ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____ 0
30. How much have you paid this month in other professional fees?                                      $ _____ 0
31. How much have you paid in total other professional fees since filing the case?                     $ _____ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 105000 | − | $ 79,856.84 | = | $ 25,143.16 |
| 33. **Cash disbursements** | $ 99000 | − | $ 94177.92 | = | $ 4,822.08 |
| 34. **Net cash flow** | $ 6000 | − | $ -14321.08 | = | $ 20,321.08 |

35. Total projected cash receipts for the next month:                    $ _____ 95000
36. Total projected cash disbursements for the next month:             − $ _____ 89000
37. Total projected net cash flow for the next month:                   = $ _____ 6000

Debtor Name **REEVA DINING CLUB INC**  Case number **24-10386**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

Print    Save As...    Reset

# Reeva Dining Club, Inc.
## Balance Sheet
### As of August 31, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       Cash on Hand/Petty Cash | 2,865.44 |
|       FCB | -1,228.49 |
|       Undeposited Funds | 7,572.04 |
|     **Total Bank Accounts** | **$9,208.99** |
|     **Other Current Assets** | |
|       Doe's Eat Place | 2,000.00 |
|       Due to/from 109 Main | 4,817.97 |
|       Due to/from CC Concessions | 100.00 |
|       Due to/from Doe's Eat Place | 14,362.82 |
|       Due to/from Econolodge | 355.14 |
|       Due to/from MC Rentals | 8,351.60 |
|       Due to/from Reeva Inc. | 389,801.54 |
|       Due to/from US Pizza Jonesboro | 79,381.22 |
|       ERTC Receivable | 107,199.57 |
|       Inventory | 11,790.00 |
|       Inventory Asset | 3,850.00 |
|       Payroll Refunds | 4.46 |
|     **Total Other Current Assets** | **$622,014.32** |
|   **Total Current Assets** | **$631,223.31** |
|   **Fixed Assets** | |
|     Accumulated Depreciation | -45,527.00 |
|     Equipment | 20,766.22 |
|     Furniture & Fixtures | 4,568.37 |
|     Vehicles - 2023 Ram 1500 | 37,629.00 |
|   **Total Fixed Assets** | **$17,436.59** |
|   **Other Assets** | |
|     Security Deposits | 3,000.00 |
|   **Total Other Assets** | **$3,000.00** |
| **TOTAL ASSETS** | **$651,659.90** |



EXHIBIT C

# Reeva Dining Club, Inc.
## Balance Sheet
As of August 31, 2024

| | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 1,936.32 |
| **Total Accounts Payable** | **$1,936.32** |
| Other Current Liabilities | |
| Gift Certificates | 9,754.66 |
| Income Tax Payable | 30,317.00 |
| N/P - Itria | 2,556.66 |
| Payroll Liabilities | |
| AR Income Tax | -236.92 |
| AR Unemployment Tax | 18.37 |
| Federal Taxes (941/944) | 20,192.57 |
| Federal Unemployment (940) | 191.01 |
| **Total Payroll Liabilities** | **20,165.03** |
| Sales Tax Payable | 78,593.77 |
| Shareholder Loan | -7,914.80 |
| **Total Other Current Liabilities** | **$133,472.32** |
| **Total Current Liabilities** | **$135,408.64** |
| Long-Term Liabilities | |
| N/P - Citizens Bank | 2,269.27 |
| Note Payable - Stellantis Financial (Dodge Truck) | 37,629.00 |
| SBA EIDL Loan | 259,577.00 |
| **Total Long-Term Liabilities** | **$299,475.27** |
| **Total Liabilities** | **$434,883.91** |
| Equity | |
| Income Tax | -30,317.00 |
| Owner's Pay & Personal Expenses | -9,657.90 |
| Retained Earnings | 234,263.60 |
| Net Income | 22,487.29 |
| **Total Equity** | **$216,775.99** |
| **TOTAL LIABILITIES AND EQUITY** | **$651,659.90** |

# Reeva Dining Club, Inc.
## Profit and Loss
### August 2024

|  | TOTAL |
|---|---:|
| **Income** | |
|   Sales | |
|     Appetizers | 8,374.11 |
|     Beer | 11,815.21 |
|     Beverages | 4,407.08 |
|     Desserts | 25.31 |
|     Mixed Drink | 4,502.51 |
|     Pizza | 29,081.34 |
|     Salad/Soup | 13,682.98 |
|     Sandwiches | 7,560.80 |
|     Tea | 0.00 |
|     Wine | 407.50 |
|   **Total Sales** | **79,856.84** |
| **Total Income** | **$79,856.84** |
| **Cost of Goods Sold** | |
|   Alcohol Purchases | 6,434.34 |
|   Food Purchase | 20,044.04 |
| **Total Cost of Goods Sold** | **$26,478.38** |
| **GROSS PROFIT** | **$53,378.46** |
| **Expenses** | |
|   Bank Charges & Fees | 899.68 |
|   Cleaning Supplies | 120.28 |
|   Commissions | 1,259.52 |
|   Contractors | 5,678.63 |
|   Franchise Fee | 4,117.18 |
|   Insurance | 1,136.93 |
|   Laundry & Uniforms | 452.00 |
|   Office Supplies & Software | 508.08 |
|   Payroll Expenses | |
|     Taxes | 2,170.03 |
|     Wages | 20,573.08 |
|   **Total Payroll Expenses** | **22,743.11** |
|   Rent & Lease | 5,480.00 |
|   Repairs & Maintenance | 759.74 |
|   Supplies & Materials | 308.00 |
|   Utilities | 3,835.17 |
| **Total Expenses** | **$47,298.32** |
| **NET OPERATING INCOME** | **$6,080.14** |
| **NET INCOME** | **$6,080.14** |



EXHIBIT D

## Reeva Dining Club, Inc.

### FCB, Period Ending 08/31/2024

### RECONCILIATION REPORT

Reconciled on: 09/24/2024

Reconciled by: Vimal Bava

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 3,245.44 |
| Checks and payments cleared (99) | -90,213.12 |
| Deposits and other credits cleared (66) | 89,411.67 |
| Statement ending balance | 2,443.99 |
| | |
| Uncleared transactions as of 08/31/2024 | -3,672.48 |
| Register balance as of 08/31/2024 | -1,228.49 |
| Cleared transactions after 08/31/2024 | 0.00 |
| Uncleared transactions after 08/31/2024 | 4,730.09 |
| Register balance as of 09/24/2024 | 3,501.60 |

### Details

Checks and payments cleared (99)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/29/2024 | Payroll Check | | Becky Polltzer | -9.76 |
| 07/29/2024 | Payroll Check | | Anthony J. Carroll | -518.41 |
| 07/29/2024 | Payroll Check | | CHARLIE A. DONNA | -81.02 |
| 07/29/2024 | Payroll Check | | Meralis Rosado-Rodriguez | -509.53 |
| 07/29/2024 | Payroll Check | | Richard Parra | -899.49 |
| 08/01/2024 | Expense | | CITY OF BATESVILLE | -574.86 |
| 08/01/2024 | Expense | | CITY OF BATESVILLE | -1,002.90 |
| 08/02/2024 | Expense | | Nora Marroquin | -494.32 |
| 08/02/2024 | Expense | | We Scan | -111.08 |
| 08/02/2024 | Expense | | Delta Equipment | -308.00 |
| 08/02/2024 | Tax Payment | | IRS | -3,421.19 |
| 08/02/2024 | Expense | | GEORGES LIQUOR | -1,542.75 |
| 08/05/2024 | Expense | | Cellular | -49.45 |
| 08/05/2024 | Expense | | CITIZENS BANK | -32.00 |
| 08/05/2024 | Expense | | 7SHIFTS | -150.00 |
| 08/05/2024 | Expense | | Sysco Food | -4,949.29 |
| 08/06/2024 | Expense | | NUCO2 | -239.52 |
| 08/07/2024 | Expense | | LITTLEFIELD OIL | -5,150.00 |
| 08/07/2024 | Expense | | CITIZENS BANK | -32.00 |
| 08/08/2024 | Expense | | GEORGES LIQUOR | -784.09 |
| 08/08/2024 | Tax Payment | | AR Department of Finance an… | -1,116.38 |
| 08/09/2024 | Expense | | Sysco Food | -4,588.91 |
| 08/12/2024 | Payroll Check | | Richard Parra | -962.64 |
| 08/12/2024 | Payroll Check | | Naomi Taylor | -378.38 |
| 08/12/2024 | Payroll Check | | Anthony J. Carroll | -540.07 |
| 08/12/2024 | Expense | | BWU | -130.41 |
| 08/12/2024 | Payroll Check | | Meralis Rosado-Rodriguez | -448.61 |
| 08/12/2024 | Payroll Check | | SONDRA HOLLIDAY | -326.43 |
| 08/12/2024 | Payroll Check | | Joshua Beitler | -594.62 |
| 08/12/2024 | Payroll Check | | Hannah Halcom | -527.73 |
| 08/12/2024 | Payroll Check | | Shanda Brooks | -91.25 |
| 08/12/2024 | Payroll Check | | Stephanie Shands | -475.67 |
| 08/12/2024 | Payroll Check | | Savanna Philips | -161.53 |
| 08/12/2024 | Payroll Check | | NALLELY PRADO | -685.35 |
| 08/12/2024 | Payroll Check | | BRANDON BALLARD | -1,870.96 |
| 08/12/2024 | Payroll Check | | Frankie Jones | -358.63 |
| 08/12/2024 | Payroll Check | | Brenda Estacoy | -477.66 |
| 08/12/2024 | Payroll Check | | Elllie Bullington | -208.52 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/12/2024 | Payroll Check | | Aiden Ballard | -550.17 |
| 08/12/2024 | Expense | | CHINTAN PATEL | -1,560.96 |
| 08/12/2024 | Payroll Check | DD | *KYLIE WILLIAMS | -91.97 |
| 08/12/2024 | Expense | | Manali Patel | -1,215.70 |
| 08/12/2024 | Payroll Check | | Becky Polltzer | -17.34 |
| 08/12/2024 | Expense | | Southside Water | -109.56 |
| 08/13/2024 | Expense | | Mkonnekt LLC | -329.33 |
| 08/13/2024 | Expense | | Mkonnekt LLC | -130.19 |
| 08/13/2024 | Expense | | Batesville Electric | -632.92 |
| 08/14/2024 | Expense | | RID A PEST | -126.82 |
| 08/14/2024 | Expense | | RITTER | -473.31 |
| 08/14/2024 | Expense | | Kallsnick, LLC | -63.90 |
| 08/15/2024 | Expense | | The Hartford | -223.58 |
| 08/15/2024 | Expense | | Mkonnekt LLC | -400.00 |
| 08/15/2024 | Expense | | Mkonnekt LLC | -400.00 |
| 08/15/2024 | Expense | | HMT Laundry | -452.00 |
| 08/15/2024 | Expense | | GEORGES LIQUOR | -1,552.27 |
| 08/16/2024 | Expense | | Nora Marroquin | -448.66 |
| 08/16/2024 | Tax Payment | | IRS | -3,107.46 |
| 08/19/2024 | Expense | | Sysco Food | -5,288.08 |
| 08/20/2024 | Expense | | US Pizza Company | -4,117.18 |
| 08/21/2024 | Expense | | American Express | -500.00 |
| 08/21/2024 | Expense | | AR Department of Finance an… | -10,231.00 |
| 08/21/2024 | Expense | | American Express | -345.58 |
| 08/22/2024 | Expense | | GEORGES LIQUOR | -1,602.89 |
| 08/23/2024 | Expense | | NCR | -76.08 |
| 08/23/2024 | Expense | | Arkansas Containers | -137.50 |
| 08/23/2024 | Expense | | AT&T | -245.89 |
| 08/23/2024 | Expense | | NCR | -560.10 |
| 08/26/2024 | Payroll Check | | Brenda Estacoy | -520.28 |
| 08/26/2024 | Payroll Check | | Meralis Rosado-Rodriguez | -548.30 |
| 08/26/2024 | Payroll Check | DD | *KYLIE WILLIAMS | -72.32 |
| 08/26/2024 | Payroll Check | | SONDRA HOLLIDAY | -181.89 |
| 08/26/2024 | Payroll Check | | Becky Polltzer | -60.75 |
| 08/26/2024 | Payroll Check | | Richard Parra | -947.04 |
| 08/26/2024 | Payroll Check | | Frankie Jones | -484.10 |
| 08/26/2024 | Payroll Check | | Joshua Beitler | -796.80 |
| 08/26/2024 | Payroll Check | | Anthony J. Carroll | -604.76 |
| 08/26/2024 | Payroll Check | | Stephanie Shands | -438.29 |
| 08/26/2024 | Payroll Check | | NALLELY PRADO | -373.98 |
| 08/26/2024 | Payroll Check | | Hannah Halcom | -537.62 |
| 08/26/2024 | Payroll Check | | Shanda Brooks | -123.97 |
| 08/26/2024 | Payroll Check | | Naomi Taylor | -319.62 |
| 08/26/2024 | Payroll Check | | BRANDON BALLARD | -1,870.95 |
| 08/26/2024 | Expense | | ENTERGY | -1,100.20 |
| 08/26/2024 | Payroll Check | | Elllie Bullington | -213.75 |
| 08/26/2024 | Expense | | ENTERGY | -1,003.29 |
| 08/26/2024 | Expense | | Sysco Food | -4,914.34 |
| 08/27/2024 | Expense | | CHINTAN PATEL | -1,560.97 |
| 08/27/2024 | Expense | | | -32.00 |
| 08/28/2024 | Expense | | Intuit | -247.00 |
| 08/28/2024 | Expense | | | -160.00 |
| 08/28/2024 | Expense | | summit | -468.36 |
| 08/28/2024 | Expense | | ECOLAB INC | -120.28 |
| 08/28/2024 | Expense | | Optimum | -210.70 |
| 08/28/2024 | Expense | | Mid Ark Security | -44.00 |
| 08/28/2024 | Expense | | State Auto | -913.35 |
| 08/29/2024 | Expense | | Nora Marroquin | -398.02 |
| 08/29/2024 | Expense | | GEORGES LIQUOR | -952.34 |
| 08/30/2024 | Expense | | Arkansas Containers | -192.50 |
| 08/30/2024 | Expense | | First Community Bank | -7.50 |

| Total | | | | -90,213.12 |

Deposits and other credits cleared (66)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/01/2024 | Deposit | | | 1,839.29 |
| 08/02/2024 | Deposit | | | 655.84 |
| 08/02/2024 | Deposit | | | 701.66 |
| 08/02/2024 | Deposit | | | 290.47 |
| 08/02/2024 | Deposit | | | 306.83 |
| 08/02/2024 | Deposit | | | 1,735.27 |
| 08/05/2024 | Deposit | | | 242.88 |
| 08/05/2024 | Deposit | | | 460.35 |
| 08/05/2024 | Deposit | | | 628.17 |
| 08/05/2024 | Deposit | | | 2,610.39 |
| 08/05/2024 | Deposit | | | 381.22 |
| 08/05/2024 | Deposit | | | 1,881.51 |
| 08/06/2024 | Deposit | | | 2,352.74 |
| 08/07/2024 | Deposit | | | 2,643.07 |
| 08/07/2024 | Deposit | | | 733.08 |
| 08/08/2024 | Deposit | | | 500.00 |
| 08/08/2024 | Deposit | | | 3,579.71 |
| 08/09/2024 | Deposit | | | 575.90 |
| 08/09/2024 | Deposit | | | 308.56 |
| 08/09/2024 | Deposit | | | 404.12 |
| 08/09/2024 | Deposit | | | 426.40 |
| 08/12/2024 | Deposit | | | 1,708.37 |
| 08/12/2024 | Deposit | | | 725.64 |
| 08/12/2024 | Deposit | | | 2,910.11 |
| 08/12/2024 | Deposit | | | 165.79 |
| 08/12/2024 | Deposit | | | 858.09 |
| 08/12/2024 | Deposit | | | 4,855.12 |
| 08/13/2024 | Deposit | | | 206.21 |
| 08/13/2024 | Deposit | | | 400.61 |
| 08/14/2024 | Deposit | | | 1,642.78 |
| 08/14/2024 | Deposit | | | 466.43 |
| 08/15/2024 | Deposit | | | 1,949.67 |
| 08/16/2024 | Deposit | | | 219.00 |
| 08/16/2024 | Deposit | | | 1,974.19 |
| 08/16/2024 | Deposit | | | 682.31 |
| 08/19/2024 | Deposit | | | 3,207.85 |
| 08/19/2024 | Deposit | | | 507.61 |
| 08/19/2024 | Deposit | | | 400.24 |
| 08/19/2024 | Deposit | | | 2,466.79 |
| 08/19/2024 | Deposit | | | 2,760.05 |
| 08/19/2024 | Deposit | | | 162.83 |
| 08/20/2024 | Deposit | | | 2,564.17 |
| 08/20/2024 | Deposit | | | 528.36 |
| 08/21/2024 | Deposit | | | 464.20 |
| 08/21/2024 | Deposit | | | 6,000.00 |
| 08/21/2024 | Deposit | | | 220.93 |
| 08/21/2024 | Deposit | | | 2,541.04 |
| 08/22/2024 | Deposit | | | 1,318.47 |
| 08/22/2024 | Deposit | | | 120.03 |
| 08/23/2024 | Deposit | | | 2,614.57 |
| 08/26/2024 | Deposit | | | 610.19 |
| 08/26/2024 | Deposit | | | 1,433.11 |
| 08/26/2024 | Deposit | | | 339.80 |
| 08/26/2024 | Deposit | | | 89.09 |
| 08/26/2024 | Deposit | | | 507.90 |
| 08/26/2024 | Deposit | | | 2,211.78 |
| 08/26/2024 | Deposit | | | 5,833.40 |
| 08/27/2024 | Deposit | | | 388.37 |
| 08/28/2024 | Deposit | | | 555.69 |
| 08/28/2024 | Deposit | | | 2,500.00 |
| 08/28/2024 | Deposit | | | 2,325.83 |
| 08/29/2024 | Deposit | | | 1,409.56 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/29/2024 | Deposit | | | 625.51 |
| 08/30/2024 | Deposit | | | 160.00 |
| 08/30/2024 | Deposit | | | 353.45 |
| 08/30/2024 | Deposit | | | 2,169.07 |
| **Total** | | | | **89,411.67** |

### Additional Information

Uncleared checks and payments as of 08/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2024 | Payroll Check | | Kylie Lathem | -9.31 |
| 07/01/2024 | Payroll Check | | Brooklyn Evans | -42.66 |
| 07/15/2024 | Payroll Check | | Kylie Lathem | -24.37 |
| 07/29/2024 | Payroll Check | | Kelsey Fleetwood | -6.20 |
| 08/12/2024 | Payroll Check | | CHARLIE A. DONNA | -99.29 |
| 08/26/2024 | Payroll Check | | Brooklyn Evans | -162.03 |
| 08/26/2024 | Payroll Check | | CHARLIE A. DONNA | -14.62 |
| 08/26/2024 | Payroll Check | | Savanna Philips | -139.04 |
| 08/30/2024 | Tax Payment | | IRS | -3,174.96 |
| **Total** | | | | **-3,672.48** |

Uncleared checks and payments after 08/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/03/2024 | Expense | | 7SHIFTS | -150.00 |
| 09/03/2024 | Expense | | Sysco Food | -5,234.10 |
| 09/04/2024 | Expense | | We Scan | -111.08 |
| 09/05/2024 | Expense | | Delta Equipment | -308.00 |
| 09/06/2024 | Expense | | NUCO2 | -668.24 |
| 09/06/2024 | Expense | | LITTLEFIELD OIL | -5,150.00 |
| 09/09/2024 | Payroll Check | | NALLELY PRADO | -688.31 |
| 09/09/2024 | Payroll Check | | Naomi Taylor | -278.78 |
| 09/09/2024 | Payroll Check | | Joshua Beitler | -863.49 |
| 09/09/2024 | Payroll Check | | SONDRA HOLLIDAY | -163.41 |
| 09/09/2024 | Payroll Check | | Elllie Bullington | -91.52 |
| 09/09/2024 | Payroll Check | | Richard Parra | -749.44 |
| 09/09/2024 | Payroll Check | | Frankie Jones | -565.76 |
| 09/09/2024 | Payroll Check | | Stephanie Shands | -807.11 |
| 09/09/2024 | Payroll Check | | BRANDON BALLARD | -1,876.84 |
| 09/09/2024 | Payroll Check | | Kelsey Fleetwood | -43.18 |
| 09/09/2024 | Payroll Check | | Savanna Philips | -95.88 |
| 09/09/2024 | Payroll Check | | Lilly Holliday | -86.31 |
| 09/09/2024 | Payroll Check | | Meralis Rosado-Rodriguez | -454.31 |
| 09/09/2024 | Payroll Check | | Hannah Halcom | -205.93 |
| 09/09/2024 | Payroll Check | DD | *KYLIE WILLIAMS | -65.83 |
| 09/09/2024 | Payroll Check | | Shanda Brooks | -127.96 |
| 09/09/2024 | Expense | | | -49.45 |
| 09/09/2024 | Expense | | Sysco Food | -4,292.49 |
| 09/09/2024 | Payroll Check | | Anthony J. Carroll | -806.80 |
| 09/09/2024 | Payroll Check | | Brooklyn Evans | -101.39 |
| 09/10/2024 | Tax Payment | | AR Department of Finance an… | -684.56 |
| 09/10/2024 | Expense | | Southside Water | -96.53 |
| 09/10/2024 | Expense | | | -130.41 |
| 09/13/2024 | Expense | | Mkonnekt LLC | -191.44 |
| 09/13/2024 | Tax Payment | | IRS | -3,064.13 |
| 09/13/2024 | Expense | | Mkonnekt LLC | -400.00 |
| 09/13/2024 | Expense | | Mkonnekt LLC | -400.00 |
| 09/13/2024 | Expense | | Mkonnekt LLC | -95.79 |
| 09/16/2024 | Expense | | RITTER | -473.31 |
| 09/16/2024 | Expense | | | -223.58 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/16/2024 | Expense | | Sysco Food | -5,224.10 |
| 09/20/2024 | Expense | | US Pizza Company | -3,742.85 |
| 09/20/2024 | Expense | | Arkansas Containers | -137.50 |
| 09/23/2024 | Payroll Check | | Joshua Beitler | -808.39 |
| 09/23/2024 | Payroll Check | | Richard Parra | -774.26 |
| 09/23/2024 | Payroll Check | | BRANDON BALLARD | -1,876.86 |
| 09/23/2024 | Payroll Check | | Kelsey Fleetwood | -53.77 |
| 09/23/2024 | Payroll Check | | Meralis Rosado-Rodriguez | -497.14 |
| 09/23/2024 | Payroll Check | | Savanna Philips | -133.35 |
| 09/23/2024 | Payroll Check | | Naomi Taylor | -274.11 |
| 09/23/2024 | Payroll Check | | Becky Polltzer | -8.51 |
| 09/23/2024 | Payroll Check | | Shanda Brooks | -121.23 |
| 09/23/2024 | Payroll Check | | Anthony J. Carroll | -663.27 |
| 09/23/2024 | Payroll Check | | Brenda Estacoy | -425.24 |
| 09/23/2024 | Payroll Check | | Lilly Holliday | -48.03 |
| 09/23/2024 | Payroll Check | | Frankie Jones | -537.84 |
| 09/23/2024 | Payroll Check | | Hannah Halcom | -607.47 |
| 09/23/2024 | Payroll Check | | NALLELY PRADO | -709.90 |
| 09/23/2024 | Payroll Check | | Stephanie Shands | -803.25 |
| 09/23/2024 | Payroll Check | | Elllie Bullington | -185.51 |
| 09/23/2024 | Payroll Check | DD | *KYLIE WILLIAMS | -93.54 |
| 09/23/2024 | Payroll Check | | SONDRA HOLLIDAY | -200.72 |

Total -47,722.20

Uncleared deposits and other credits after 08/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/03/2024 | Deposit | | | 2,613.68 |
| 09/03/2024 | Deposit | | | 593.98 |
| 09/03/2024 | Deposit | | | 1,733.76 |
| 09/03/2024 | Deposit | | | 507.08 |
| 09/03/2024 | Deposit | | | 2,453.43 |
| 09/03/2024 | Deposit | | | 1,211.02 |
| 09/03/2024 | Deposit | | | 241.61 |
| 09/03/2024 | Deposit | | | 365.33 |
| 09/04/2024 | Deposit | | | 281.05 |
| 09/04/2024 | Deposit | | | 2,251.93 |
| 09/05/2024 | Deposit | | | 1,406.05 |
| 09/06/2024 | Deposit | | | 247.00 |
| 09/06/2024 | Deposit | | | 616.00 |
| 09/06/2024 | Deposit | | | 1,848.46 |
| 09/06/2024 | Deposit | | | 601.97 |
| 09/06/2024 | Deposit | | | 129.63 |
| 09/09/2024 | Deposit | | | 174.84 |
| 09/09/2024 | Deposit | | | 483.82 |
| 09/09/2024 | Deposit | | | 2,697.01 |
| 09/09/2024 | Deposit | | | 215.98 |
| 09/09/2024 | Deposit | | | 2,391.84 |
| 09/09/2024 | Deposit | | | 2,529.60 |
| 09/10/2024 | Deposit | | | 1,951.70 |
| 09/10/2024 | Deposit | | | 237.39 |
| 09/11/2024 | Deposit | | | 286.84 |
| 09/11/2024 | Deposit | | | 1,786.70 |
| 09/12/2024 | Deposit | | | 1,515.78 |
| 09/12/2024 | Deposit | | | 338.00 |
| 09/12/2024 | Deposit | | | 629.50 |
| 09/13/2024 | Deposit | | | 1,808.78 |
| 09/16/2024 | Deposit | | | 334.00 |
| 09/16/2024 | Deposit | | | 280.03 |
| 09/16/2024 | Deposit | | | 3,216.80 |
| 09/16/2024 | Deposit | | | 321.85 |
| 09/16/2024 | Deposit | | | 2,167.30 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/16/2024 | Deposit | | | 192.24 |
| 09/16/2024 | Deposit | | | 3,033.48 |
| 09/17/2024 | Deposit | | | 570.00 |
| 09/17/2024 | Deposit | | | 2,267.03 |
| 09/18/2024 | Deposit | | | 607.93 |
| 09/18/2024 | Deposit | | | 1,483.93 |
| 09/19/2024 | Deposit | | | 1,349.63 |
| 09/20/2024 | Deposit | | | 156.80 |
| 09/20/2024 | Deposit | | | 2,012.28 |
| 09/20/2024 | Deposit | | | 309.23 |
| Total | | | | 52,452.29 |